# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140667-8

CYNTHIA SOUFANE (ROOKE), Next Friend
of BRYAN ROOKE, a minor,
Plaintiff-Appellee,

v

SC: 140667-8
COA: 279227, 279325
Livingston CC: 04-020564-NH

JUNG WU, M.D. and JUNG WU, M.D. P.C.,
Defendants-Appellants,

and

ST JOSEPH MERCY HOSPITAL, Doing
Business as TRINITY HEALTH ASSOCIATION,
otherwise known as MCPHERSON HOSPITAL,
Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the November 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

Clerk

d0616